182 So.2d 661

**Birdie J. MOREAU**

v.

**EMPLOYERS LIABILITY ASSURANCE CORPORATION, Ltd.**

No. 48032.

Feb. 23, 1966.

In re: Birdie J. Moreau applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Evangeline. 180 So.2d 835.

Writ refused. On the facts found by the Court of Appeal we find no error in the judgment complained of.

182 So.2d 661

**STATE of Louisiana, Through the DEPARTMENT OF HIGHWAYS**

v.

**Rawlston D. PHILLIPS.**

No. 48040.

Feb. 23, 1966.

In re: State of Louisiana, through the Department of Highways applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of West Baton Rouge. 180 So.2d 879.

The application is denied. According to the facts of the case as found to be by the Court of Appeal we find no error of law in the judgment complained of.